IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

96-20077
Summary Calender
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSE GALLEGO,

Defendant-Appellant,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

No. 96-20153
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERNANDO CHAVERRA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-87-11
- - - - - - - - - -
November 21, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges:

PER CURIAM:[*]

_____

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule

Hernando Chaverra appeals his conviction for conspiracy to possess cocaine with the intent to distribute. As his sole issue on appeal, Chaverra challenges the sufficiency of the evidence to support his conviction. Having reviewed the record and the briefs of the parties, we hold that the evidence was sufficient for a reasonable jury to find Chaverra guilty beyond a reasonable doubt. See United States v. Crain, 33 F.3d 480, 487-88 (5th Cir. 1994), cert. denied, 115 S. Ct. 1142 (1995).

IT IS FURTHER ORDERED that Chaverra's appeal, No. 96-20153, be SEVERED from that of his codefendant, Jesse Gallego, No. 96-20077.

AFFIRMED; APPEALS SEVERED.

---

47.5.4.